IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JOHN DOE v. ALEXANDER STEARNS, LLC

JUDGE H. RUSSEL HOLLAND  CASE NO.  3:25-cv-0225-HRH

PROCEEDINGS:   ORDER FROM CHAMBERS

The court is in receipt of the parties' *Joint Motion to Extend Scheduling and Planning Report Deadline*,[1] filed October 21, 2025.

The requested extension is granted. The parties' scheduling and planning conference report is now due on or before **January 22, 2026**.

---

[1] Docket No. 7.

Order from Chambers – Extension of Time  - 1 -