IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| JOHN DOE | v. | ALEXANDER STEARNS, LLC |
|---|---|---|
| JUDGE H. RUSSEL HOLLAND | | CASE NO.   3:25-cv-0225-HRH |

PROCEEDINGS:   ORDER FROM CHAMBERS

The court is in receipt of the parties' *Joint Motion to Extend Deadline for Filing Scheduling and Planning Report*,[1] filed January 22, 2026.

The further extension is granted. The parties' scheduling and planning conference report is now due on or before **March 31, 2026**.

---

[1] Docket No. 9.

Order from Chambers – Further Extension of Time                                                        - 1 -