IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JOHN DOE                          v.      ALEXANDER STEARNS, LLC

JUDGE H. RUSSEL HOLLAND                   CASE NO.     3:25-cv-0225-HRH

PROCEEDINGS:    ORDER FROM CHAMBERS

Based on a third extension of time,[1] the parties' scheduling and planning conference report was due to be filed on or before April 21, 2026.  A recent check of the docket reflects that the report has not been filed.

Counsel will please confer, if they have not already done so, and file their scheduling and planning report no later than **April 30, 2026**.

———————

[1]Docket No. 12.

Order from Chambers – Report Overdue                                        - 1 -